JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RONNELD JOHNSON, | ) | No. CV 14-04766-AB (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| W. L. MONTGOMERY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: June 8, 2015

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE